# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

SHANAKA ATERA ELLINGTON,
Plaintiff,

v.

ANDREA DAVIS, an individual, and
UNIONVILLE–CHADDS FORD SCHOOL DISTRICT (d/b/a Unionville High School),
Defendants.

Case No. _____

**CIVIL COMPLAINT**

## I. Parties

Plaintiff Shanaka Atera Ellington ("Plaintiff") is a resident of Wilmington, Delaware, who at all relevant times was employed as a teaching assistant at Unionville High School in Kennett Square, Pennsylvania.

Defendant Andrea Davis ("Davis") is a co-worker employed at Unionville High School.

Defendant Unionville–Chadds Ford School District ("District") is a Pennsylvania public-school district with offices in Kennett Square, PA.

## II. Facts

1. Plaintiff was a dedicated employee with no disciplinary history.
2. On or about October 8, 2025, at approximately 4:00 p.m, after completing a full day of work (Exhibit A) the plaintiff was terminated by email from the employing agency. The email stated that the termination was due to the plaintiff and defendant Davis "not getting along" because of classroom dynamics (Exhibit B). Defendant Davis was **unable to identify any specific unprofessional conduct** or provide any example of misconduct by Plaintiff. No incidents, write-ups, or prior complaints existed regarding Plaintiff's performance or behavior.
3. The statements were false, malicious, and made with reckless disregard for truth.
4. Plaintiff was informed she was "let go," without any investigation or opportunity to respond.

5. Plaintiff was also banned from the entire school district.
6. The District later, through the Superintendent, sent Plaintiff a Policy 104 form requesting an investigation **after** the termination (Exhibit C).
7. Plaintiff's firing and ban were based solely on Davis's hearsay statements and violated District policy and fundamental fairness.
8. As a result, Plaintiff suffered loss of employment, wages, emotional distress, and reputational harm.

## III. Claims for Relief

### Count 1 – Defamation (Against Andrea Davis)
9. Davis published false statements about Plaintiff's professional conduct to school officials.
10. The statements were made intentionally or with reckless disregard for truth.
11. The statements constitute **defamation per se** under Pennsylvania law.
    See *Joseph v. Scranton Times L.P.*, 959 A.2d 322 (Pa. Super. 2008).
12. Plaintiff suffered reputational harm, emotional distress, and loss of employment.

### Count 2 – Negligent Investigation / Wrongful Termination (Against District)
13. The District owed Plaintiff a duty to conduct a fair investigation before imposing discipline.
14. The District breached that duty by firing Plaintiff based solely on hearsay, contrary to public policy.
    See *Geary v. U.S. Steel Corp.*, 456 Pa. 171 (1974); *Clay v. Advanced Computer Applications, Inc.*, 522 A.2d 929 (Pa. 1987).
15. Plaintiff lost income, benefits, and professional standing as a direct result.

### Count 3 – Intentional Infliction of Emotional Distress (Against Both Defendants)
16. Defendants' conduct—firing and banning Plaintiff without investigation—was extreme and outrageous.
17. Such conduct foreseeably caused severe emotional distress.
    See *Hoy v. Angelone*, 554 Pa. 134 (1998).
18. Plaintiff has suffered anxiety, humiliation, and sleeplessness.

## IV. Damages

Plaintiff seeks:
a. Compensatory damages for lost wages and benefits, **in excess of $250,000**;
b. General damages for emotional distress and reputational harm;
c. Punitive damages against Andrea Davis;
d. Costs of suit and such other relief as the Court deems just.



### V. Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

### Verification / Affidavit of Truth

I, **Shanaka Atera Ellington**, declare under penalty of perjury that the facts stated in this Complaint are true and correct to the best of my knowledge and belief.

Executed this 29 day of October 2025, at Wilmington, Delaware.

Shanaka Atera Ellington
Plaintiff (Pro Se)
615 N. Bancroft Pkwy #3F
Wilmington, DE 19805